UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

QUINCY DEMONE HODGE, )
)
Plaintiff, )
)
v. ) CV621-019
)
WARDEN FLOYD BOBBIT, *et al.*, )
)
Defendants. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), doc. 14, to which no objections have been filed. Accordingly, the R&R is **ADOPTED** and Plaintiff's Motion to Dismiss Lawsuit is **GRANTED**. Doc. 13. The Complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to **TERMINATE** all motions and close this case.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of March, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA